

Receipt# 11089053
12/16/09  $3.13
dlm

TO: CLERK

FROM: THOMAS A. DOREY, PO Box 247, Lakewood, N.Y. 14750

DATE: 12-15-09

CASE: Timothy Heavern
Virginia Heavern

DOCKET #: 06-03052

Enclosed please find:

( ) Chambers Copy of Motion

( ) Proposed Order

(✓) Checks under $5.00

( ) ~~Other~~ P/c 7 Capital Recovery One
25 SE 2nd  Suite 1120
Miami, FL 32131



FILED DEC 16 2009 BANKRUPTCY COURT BUFFALO, N.Y.