11089524
37.89
3/24/10

TO: CLERK

FROM: THOMAS A. DOREY, PO Box 247, Lakewood, N.Y. 14750

DATE: 3-18-10

CASE: Timothy Heavern
Virginia Heavern

DOCKET #: 06-03052

Enclosed please find:

( ) Chambers Copy of Motion

( ) Proposed Order

( ) Checks under $5.00

(✓) Other Check issued not cashed in 90 dy -

$37.89 p/c 11  Bank of New York POB 6968 Newark DE 19725

FILED MAR 24 2010
BANKRUPTCY COURT
BUFFALO, N.Y.